UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY A. FUSCO, Executrix of the Estate of Richard J. Livolsi, Jr., Deceased, | ) ) ) | CASE NO.: 1:25-CV-00371 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | MOTION TO CONTINUE MEDIATION |
| Defendant. | ) | |

Defendant United States of America moves to continue the mediation until after expert deadlines are set.  Mediation in this case is currently set for June 10, 2026 at 10:00 a.m.  ECF No. 14.  Per the Order Setting Mediation Conference, plaintiff's counsel was required to submit a written itemization of damages and mediation demand to government counsel by May 20, 2026.  However, the United States has not received an itemization of damages and demand from plaintiff.  Government counsel proposed a joint motion to continue the mediation to plaintiff's counsel on May 21, 2026, but did not receive a response.

Moreover, in a medical malpractice case, a plaintiff's injury must be supported by expert testimony that explains the applicable standard of care recognized by the medical community and why there has been a departure from the accepted standard of care. *Mooney v. Cleveland Clinic Found.,* 65 F. Supp. 2d 682, 684-85 (N.D. Ohio 1999), *aff'd,* 221 F.3d 1335 (6th Cir. 2000) (citing *Bruni v. Tatsumi,* 346 N.E.2d 673, 677-78 (Ohio 1976)).  Plaintiff must provide expert testimony to establish a prima facie case.  *See Eady v. Hanger Prosthetics and Orthotics*, No. 1:10–cv–0051, 2011 WL 1540360 *5 (N.D. Ohio Apr. 21, 2011) (Medical claims under R.C. § 2305.113 require expert testimony to establish standard of care); *Simpkins v. Grandview Hospital*, No 3:18-cv-309, 2019 WL 3369440 *3 (S.D. Ohio July 26, 2019) (Expert

testimony required in "medical claim.").  Therefore, in order to assign substantive value to this case for purposes of mediation, expert reports should be exchanged first.

The United States proposes the following expert deadlines:

Plaintiff's expert report due June 30, 2026.

Defendant's expert report due August 31, 2026.

Expert discovery deadline September 30, 2026.

The United States then proposes conducting the mediation in October 2026.


Respectfully submitted,


DAVID M. TOEPFER
United States Attorney

By:     */s/ Brendan F. Barker*
BRENDAN F. BARKER (IL 6299039)
REMA A. INA (#0082549)
Assistant U.S. Attorneys
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3795 (Barker)
(216) 622-3723 (Ina)
(216) 522-4982 (Facsimile)
Brendan.Barker@usdoj.gov
Rema.Ina@usdoj.gov

*Attorneys for Defendant*